# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER TINZ, <br><br> Plaintiff, <br><br> vs. <br><br> MICROCHIP TECHNOLOGY INCORPORATED, a corporation, MICROSEMI CORPORATION, a corporation, and DOES 1 through 100, inclusive, <br><br> Defendants | Case No. 8:19-cv-00663-JLS-ADSx <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Action Filed: March 14, 2019 <br> Trial Date: None Set <br> Judge: Hon. Josephine L. Staton |

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice, ORDERS that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**DATED:** November 26, 2019

_____
**Hon. Josephine L. Staton**
**United States District Judge**